UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **HANOVER LLOYDS INSURANCE COMPANY, and UNITED FIRE & CASUALTY COMPANY,** § § § § § § § § § § § § § § | |
| **Plaintiffs,** | **EP-22-CV-00162-FM** |
| v. | |
| **DONEGAL MUTUAL INSURANCE COMPANY d/b/a MOUNTAIN STATES INSURANCE GROUP,** | |
| **Defendant.** | |

## FINAL JUDGMENT AND DISMISSAL

Before the court is "Joint Stipulation of Dismissal with Prejudice" [ECF No. 39], filed January 12, 2024, by the parties jointly. A plaintiff may voluntarily dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared," the effect of which is dismissal without prejudice unless the stipulation states otherwise.[1] Accordingly:

1. It is **HEREBY ORDERED** that this cause is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** that all costs of court be taxed against the party incurring the same.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. The Clerk of Court is **INSTRUCTED** to **CLOSE** this cause.

**SIGNED AND ENTERED** this 16 day of **January 2024.**

FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] FED. R. CIV. P. 41(a)(1)(A)(ii).